[No. 70922-4-I. Division One. September 22, 2014.]

JAMES YOUNG, *Appellant*, v. SEI PRIVATE TRUST COMPANY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 13-2-14675-4, Michael Hayden, J., entered August 23, 2013. *Affirmed* by unpublished opinion per Trickey, J., concurred in by Spearman, C.J., and Verellen, J.

[No. 70944-5-I. Division One. September 22, 2014.]

*In the Matter of the Marriage of* RICHARD WARNICK, *Appellant*, and LINDA MORAVEC, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 11-3-04716-8, Regina S. Cahan, J., entered August 28, 2013. *Affirmed* by unpublished opinion per Spearman, C.J., concurred in by Appelwick and Lau, JJ.

[No. 44430-5-II. Division Two. September 23, 2014.]

ERIC KIM ET AL., *Appellants*, v. SHELLY FOREST ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Lewis County, No. 09-2-00769-0, Nelson E. Hunt, J., entered December 21, 2012. *Affirmed* by unpublished opinion per Bjorgen, A.C.J., concurred in by Maxa and Lee, JJ.

[No. 44714-2-II. Division Two. September 23, 2014.]

JON C. JAMES, *Appellant*, v. THE EMPLOYMENT SECURITY DEPARTMENT, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 12-2-00546-7, Erik D. Price, J., entered March 8, 2013. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Johanson, C.J., and Bjorgen, J.